United States District Court
Southern District of Texas
ENTERED
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORAYS PENSO LOPEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04674 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR A STATUS REPORT AND SECOND ORDER TO ANSWER**

On June 23, 2026, the Court ordered the Respondents to Answer the petition for habeas corpus that the petitioner, Norays Penso Lopez, filed to challenge petitioner's ongoing immigration detention. *See* Doc. No. 4. To date, Respondents have not answered the petition, and an answer (or, if the petitioner is no longer in custody, an update regarding the petitioner's detention status) is necessary to address the claims in this case. A recent search for the petitioner on the ICE Locator website suggests that the petitioner may no longer be in custody.[1]

Therefore, the Court **ORDERS** as follows:

[1] The Court does not rely on the ICE Locator website as a definitive source for immigration information, but the absence of petitioner on the Locator raises a question regarding whether the petitioner is still in custody. *See* ICE Locator website, *available at* https://locator.ice.gov/odls/#/search, last visited on Oct. 22, 2026.

1. If the petitioner is still in custody, Respondents shall file an Answer **within fourteen (14) days** of the date of this Order as previously ordered. *See* Doc. No. 4.

2. The parties shall submit an advisory, **within fourteen (14) days of the date of this Order**, regarding the status of this case and whether this case may be dismissed as moot.

The Clerk shall send this Order to parties.

SIGNED on this 23rd day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE